UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**
SEP 3 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Castelan, Jose E.

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14 C 5 0 1 9 2

vs.

Boone County Sheriff's Dep.
Officer Ostrum
Sgt. Woody
_____

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Castelan Jose E.

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Boone County Sheriff's Dept.

Title: _____

Place of Employment: Boone County

B. Defendant: Officer Ostrum

Title: Boone County Officer

Place of Employment: Boone County Sheriff's Dept.

C. Defendant: Sgt. Woody

Title: Boone County Sgt.

Place of Employment: Boone County Sheriff's Dept.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

} N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 7th, 2013 myself, my brother, two nephews and a friend were impeded in our freedom to travel unmolested and arrested with no probable cause. Once under arrest, I was pepper sprayed and the squad cars door was shut on my knee - for which I had to undergo invasive surgery. It is clear from the available footage that there was no way for the officer to ascertain whether there was any violation of seat belt laws. There was an arrest with no probable cause and gross overuse of authority to the point I had to receive corrective surgery on my knee for which I have not recovered.

Revised 9/2007

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I require my medical expenses to be covered, any charges resulting from this stop be dropped, and anything else my legal counsel advises.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3rd day of Sep., 2014

(Signature of plaintiff or plaintiffs)

JOSE E CASTELAN
(Print name)

(I.D. Number)

221 HOLLISTER AVE
ROCKFORD IL 61108
(Address)

6

Revised 9/2007