## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| Jose Eduardo Castelan-Ortiz, | ) | |
| Plaintiff, | ) | Case No: 14 cv 50192 |
|  | ) | |
| v. | ) | |
|  | ) | Magistrate Judge: Iain D. Johnston |
| Ostrum, et al. | ) | |
| Defendants. | ) | |

## ORDER

    Status hearing held on 10/22/2015. It is this Court's Report and Recommendation that defendants' motion to compel and for sanctions [43] be granted in part and denied in part. This Court recommends that defendants' request for sanctions be denied. However, plaintiff is ordered to produce the requested tax documents by 10/22/2015. Additionally, by 10/29/2015 at 5:00 PM, plaintiff shall provide full and complete answers, with no objections, to the outstanding discovery. Any additional failures to respond will result in a recommendation that monetary sanctions be entered against plaintiff. Any objection to this Report and Recommendation shall be filed by 11/9/2015. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). The telephonic status hearing previously set for 11/3/2015 is stricken and reset to 12/17/2015 at 1:30 PM. By 12/15/2015, counsel shall provide direct-dial telephone numbers for the hearing to the Court's operations specialist, who will initiate the call.

(:10)

Date: October 22, 2015                          /s/ Iain D. Johnston
                                                                                  United States Magistrate Judge