**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jose Eduardo Castelan-Ortiz, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 C 50192 |
| | ) | |
| Ostrum, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

**<u>ORDER</u>**

Currently before the court is a report and recommendation (R&R) from the magistrate judge recommending that this court deny defendants' motion for sanctions [43]. In that motion, defendants allege the plaintiff has not adequately responded to written discovery requests despite a previously granted motion to compel and seek another order compelling discovery and sanctions. The magistrate judge granted the request to compel, and the time to comply has come and gone without any indication it was not complied with, but recommends denying the sanctions request. Despite having an opportunity, defendants have not objected to the recommendation. Thus, there being no written objection to the magistrate judge's R&R, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and denies defendants' motion for sanctions [43].

Date: 11/5/2015

ENTER:

_____
FREDERICK J. KAPALA

District Judge